**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALENTIN DIEGO MATEO,<br><br>　　　　Petitioner,<br>　　v.<br><br>DAVID B. LONG, Warden,<br><br>　　　　Respondent. | No. ED CV13-1319-FMO (AS)<br><br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

　　DATED: January 16, 2015.

　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE